

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00667-CV

Monica Teresa **WADE**,
Appellant

v.

Robert Craig **MCKINLEY**, Jr.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV07559
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios Justice
                Beth Watkins, Justice

Delivered and Filed: February 5, 2020

DISMISSED

On January 8, 2020, we issued an order stating the appellant's brief was overdue and that no motion for an extension of time to file the brief had been filed. We ordered appellant to file the brief and a written response reasonably explaining appellant's failure to timely file the brief, and stated that if appellant did not comply with our order within ten days, the appeal may be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Appellant has not filed the brief, a motion for an extension of time to file the brief, or any other written response to this court's order. Appellee has

also filed several motions to dismiss. We grant the motions, and dismiss this appeal for want of prosecution. *See id.*

PER CURIAM